IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 1:24-cr-00449-RDM |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) |
| **PATRICIA WILLS,** | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Patricia Wills, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department ("MPD") were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, Wills held a Secret level security clearance.

9. From at least as early as November 2020 through present, Wills controlled and posted from the Twitter account @zerorugrats67.

10. On January 6, 2021, Wills attended and listened to former President Trump's speech at the rally at the Ellipse. Wills then walked to the Capitol grounds with a large group of other individuals.

11. On the northwest side of the Capitol grounds, Wills was part of a group of rioters who surrounded a group of MPD officers. Wills watched and took pictures as other rioters assaulted several of the MPD officers and sprayed them with chemical spray.

12. Wills climbed onto a wall that was part of the Northwest Stairs, faced the large crowd of rioters, and waved a flag. From where she stood on the Northwest Stairs, Wills could see

USCP officers on a landing above who were attempting to prevent rioters from advancing further. Wills took pictures of these officers on her iPhone.

13. Later, Wills stood among a large crowd of rioters on the west side of the Capitol grounds and watched as other rioters overran police officers on the Northwest stairs. After watching other rioters overrun the officers, Wills was part of the large crowd of rioters who entered the Northwest Scaffolding and advanced toward the Upper West Terrace. While inside the Northwest Scaffolding, Wills stopped to take pictures and record a video on her iPhone.

14. Once on the Upper West Terrace, Wills waved her flag as a large group of rioters advanced toward the Senate Wing Door.

15. Wills entered the Capitol through the Senate Wing Door at approximately 2:26 p.m. Wills knew at the time that she did not have lawful authority to enter the building. After entering through the Senate Wing Door, Wills walked to the Capitol's Crypt.

16. Once inside the Crypt, Wills saw a group of USCP officers guarding a doorway to the Crypt Lobby East. At approximately 2:29 p.m., Wills watched as those USCP officers retreated into the Crypt Lobby East, going underneath a closing garage-style door. Wills was part of a large group of rioters who advanced toward the retreating USCP officers.

17. Wills watched as rioters threw items under the garage-style door to prevent it from closing. Wills also watched as a rioter picked up a metal trash can and threw it at a USCP officer who was attempting to prevent rioters from advancing further.

18. The USCP officers then retreated down a set of escalators to the Capitol Visitor Center. Wills was part of the large group of rioters who followed the officers. Once in the Capitol Visitor Center, Wills waved her flag and watched as other rioters assaulted officers.

19. While inside the Capitol, Wills willfully and knowingly paraded around and demonstrated.

20. Wills eventually returned to the Crypt Lobby East, where MPD officers directed her to exit the Capitol. Wills exited the Capitol through the South Door at approximately 2:44 p.m.

21. After exiting the Capitol, Wills walked along a sidewalk on the south side of the Capitol grounds. While on the pathway, Wills saw snow fencing and "Area Closed" signs along the grassy area between the pathway and the Capitol.

22. Wills turned off the pathway, walking past downed snow fencing and "Area Closed" signs and advanced toward the Southwest Scaffolding.

23. Wills then joined the large crowd of rioters on the West Plaza. There, Wills watched and took pictures of the rioters on the Lower West Terrace and Southwest Scaffolding.

24. Wills's conduct inside the Capitol, and while on Capitol grounds, was disorderly and disruptive, and she acted willfully and knowingly, with the intent to disrupt the Joint Session of Congress that was ongoing that afternoon.

### *Elements of the Offense*

25. The parties agree that 40 U.S.C. § 5104(e)(2)(D) requires the following elements:

    a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

    b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

    c. Third, the defendant acted willfully and knowingly.

26. The parties agree that 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

    d. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    e. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

27. The defendant knowingly and voluntarily admits to all the elements as set forth above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Terence A. Parker*
TERENCE A. PARKER
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859

## DEFENDANT'S ACKNOWLEDGMENT

I, Patricia Wills, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/1/2024

_Patricia M. Wills_
Patricia Wills
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/1/2024

_Ubong E. Akpan_
Ubong Akpan
Attorney for Defendant