UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PATRICIA WILLS,**<br><br>  Defendant. | **Case No. 24-CR-449 (RDM)** |

### ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE RANDOLPH D. MOSS
United States District Court Judge